# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Billerica, MA  **Category No.** II  **Investigating Agency** FBI
**City:** Billerica, MA
**County:** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf.: ___  Case No.: ___
- Same Defendant: ___  New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: See Additional Information Section
- R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___  ☐ Yes  ☒ No

**Defendant Information:**
- Defendant Name: Sven K. Ljaamo   Juvenile: ☐ Yes ☒ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
- Alias Name: ___
- Address: 161 Allen Road, Billerica, MA
- Birth date (Yr only): 1954   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: ___
- Defense Counsel if known: ___   Address: ___
- Bar Number: ___

**U.S. Attorney Information**
- AUSA: Sandra Gonzalez Sanchez   Bar Number if applicable: 710352

**Interpreter:** ☐ Yes ☒ No   List language and/or dialect: ___

**Victims:** ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___   on ___

**Charging Document:** ☒ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/22/2025   Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Sven K. Ljaamo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(b) | Possession of Child Pornography | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Numbers:
25-MJ-7145-JCB
25-MJ-7146-JCB
25-MJ-7147-JCB
25-MJ-7175-JCB
25-MJ-7176-JCB